# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00332-CV

### In re Rodolfo Cipriano Gomez

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed as moot.

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: October 6, 2020